# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

146833

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JIMMY RAY LACY, JR.,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146833
COA: 310408
Genesee CC: 08-023410-FC

_____/

      On order of the Court, the application for leave to appeal the February 15, 2013 order of the Court of Appeals is considered, and it is DENIED, because defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

h0722